**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tethel F. Humphrey<br><br>　　　　　　　　　Debtor(s) | |
| Bayview Loan Servicing, LLC, a Delaware Limited Liability Company<br>　　　　　　　　　Movant<br>　　v.<br>Tethel F. Humphrey<br>　　　　　　　　　Respondent(s)<br>　　　and<br>Tamera O. Rothschild, Trustee<br>　　　　　　　　　Additional Respondent | BK. NO. 19-10578 TPA<br><br>Chapter 7<br><br>Related to Document No. 15 |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

　　AND NOW, this 27th day of August　, 2019, at Pittsburgh, upon Motion of Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, it is

　　**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 553 Fredonia Road, Greenville, PA 16125 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

vas

Tethel F. Humphrey
553 Fredonia Road
Greenville, PA 16125

David J. Graban Esq.
5569 East State Street (VIA ECF)
Hermitage, PA 16148
graban@verizon.net

Tamera O. Rothschild
318 W. Spring Street
Titusville, PA 16354

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Tethel F. Humphrey  
    Debtor

Case No. 19-10578-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: dpas     Page 1 of 1     Date Rcvd: Aug 27, 2019  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2019.  
db          +Tethel F. Humphrey,   553 Fredonia Road,   Greenville, PA 16125-8424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2019 at the address(es) listed below:  
         David J. Graban    on behalf of Debtor Tethel F. Humphrey graban@verizon.net  
         James   Warmbrodt    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Tamera Ochs Rothschild    trothschild@gmx.com,  pa70@ecfcbis.com  
                                                                                                                                                                              TOTAL: 4