**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Tethel F. Humphrey** | Social Security number or ITIN  **xxx−xx−2367** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **19−10578−TPA**

# Order of Discharge          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tethel F. Humphrey

9/11/19                                                **By the court:**  Thomas P. Agresti
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318   **Order of Discharge**   page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-10578-TPA
Tethel F. Humphrey                                                        Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1         User: admin              Page 1 of 1            Date Rcvd: Sep 11, 2019
                             Form ID: 318             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2019.
db              +Tethel F. Humphrey,    553 Fredonia Road,    Greenville, PA 16125-8424
15065075         Bayview Loan Servicing,    P.O. Box 650091,    Dallas, TX 75265-0091
15065076         Citi Cards,    PO Box 70166,    Philadelphia, PA 19176-0166
15065077         First Bankcard,    PO Box 2557,    Omaha, NE 68103-2557
15065079         One Main Financial,    PO Box 740594,    Cincinnati, OH 45274-0594
15065080        #+Regency Finance,    2460 Elm Road,    Warren, OH 44483-2949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2019 02:58:15      Pennsylvania Dept. of Revenue,
                  Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA   17128-0946
cr              +EDI: PRA.COM Sep 12 2019 06:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
15065078         EDI: RMSC.COM Sep 12 2019 06:43:00      Lowe's,   P.O. Box 530914,    Atlanta, GA 30353-0914
15065524        +EDI: RMSC.COM Sep 12 2019 06:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
15065081         EDI: RMSC.COM Sep 12 2019 06:43:00      Synchrony Bank,    PO Box 960061,
                  Orlando, FL 32896-0061
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Bayview Loan Servicing, LLC, a Delaware Limited Li
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2019 at the address(es) listed below:
              David J. Graban    on behalf of Debtor Tethel F. Humphrey graban@verizon.net
              James  Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Tamera Ochs Rothschild    trothschild@gmx.com, pa70@ecfcbis.com
                                                                                             TOTAL: 4